Copyrights-In-Suit for IP Address 75.86.158.26

**ISP:** Time Warner Cable
**Location:** Milwaukee, WI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Blonde in my Bedroom | PA0001869247 | 11/17/2013 | 11/21/2013 | 05/04/2014 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 05/04/2014 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 05/04/2014 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 08/27/2013 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 08/05/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 06/21/2013 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 12/26/2013 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 12/15/2013 |
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 05/06/2014 |
| Awakening | PA0001868806 | 11/09/2013 | 11/10/2013 | 05/04/2014 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 05/04/2014 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 10/28/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/29/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 07/01/2013 |
| Cassie My Love | PA0001866053 | 10/13/2013 | 10/16/2013 | 10/24/2013 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/24/2014 |
| Czech Beauties | PA0001859654 | 07/19/2013 | 08/01/2013 | 08/05/2013 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 05/04/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/21/2014 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 07/01/2013 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 09/12/2013 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 12/26/2013 |
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 08/03/2013 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 11/22/2013 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/10/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/16/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/17/2013 |
| Green Eyes | PA0001843090 | 04/30/2013 | 05/14/2013 | 06/28/2013 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 05/05/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 10/19/2013 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 08/05/2013 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 12/16/2013 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 10/09/2013 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 05/07/2014 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 08/27/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 08/05/2013 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 03/26/2014 |
| Introducing Mila | PA0001859652 | 07/23/2013 | 08/01/2013 | 08/05/2013 |
| It Is A Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 05/03/2014 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 05/04/2014 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 12/26/2013 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 05/04/2014 |
| Lying Around | PA0001872754 | 12/10/2013 | 12/15/2013 | 05/04/2014 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 08/05/2013 |
| Made for Each Other | PA0001860974 | 07/31/2013 | 08/29/2013 | 08/03/2013 |
| Make me Feel Beautiful | PA0001859651 | 07/25/2013 | 08/01/2013 | 08/04/2013 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 09/12/2013 |
| Marry Me | PA0001847650 | 05/25/2013 | 06/18/2013 | 08/04/2013 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 05/07/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/26/2013 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 04/04/2014 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 10/31/2013 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 11/21/2013 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 05/04/2014 |
| Oh Mia | PA0001852674 | 06/28/2013 | 07/05/2013 | 08/04/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 08/04/2013 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 01/16/2014 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 05/08/2014 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/19/2013 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 05/06/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 05/06/2014 |
| Secret Weapon | PA0001846098 | 05/12/2013 | 06/11/2013 | 06/21/2013 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/02/2014 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 09/17/2013 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/13/2013 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 08/27/2013 |
| Surprise Surprise | PA0001892186 | 04/27/2014 | 04/29/2014 | 05/03/2014 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 11/21/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 08/05/2013 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 06/21/2013 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/24/2013 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 08/08/2013 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/06/2014 |
| Together at Last | PA0001846096 | 05/18/2013 | 06/16/2013 | 06/19/2013 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 11/07/2013 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 07/05/2013 |
| Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 10/29/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 08/05/2013 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 09/11/2013 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 08/27/2013 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 07/02/2013 |
| Without Words | PA0001859650 | 07/17/2013 | 08/01/2013 | 08/05/2013 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 01/10/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 83**