# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                    Civil Action No. 2:14-cv-00936-RTR

JOHN DOE, subscriber assigned IP address 75.86.158.26,

       Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 75.86.158.26. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September_22___, 2014

                                                Respectfully submitted,

                                                By: ___/s/ *Mary K. Schulz*___
                                                Mary K. Schulz
                                                Schulz Law, P.C.
                                                1144 E. State Street, Suite A260
                                                Geneva, IL 60134
                                                Phone: 224-535-9510
                                                Email: SchulzLaw@me.com
                                                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that on September_22___, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                     By: _/s/ *Mary K. Schulz*_____
                                                     Mary K. Schulz